**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Wayne PORTER, Defendant–Appellant.**

**No. 01–8053.**

United States Court of Appeals,
Fourth Circuit.

Submitted June 10, 2002.

Decided June 24, 2002.

Wayne Porter, Appellant Pro Se. Kenneth Davis Bell, Office of the United States Attorney, Charlotte, North Carolina, for Appellee.

Before WILLIAMS and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Wayne Porter seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court. *See United States v. Porter,* Nos. CR–85–62; CA–01–577 (W.D.N.C. filed Oct. 24, 2002; entered Oct. 25, 2002). In addition, we find that Porter's claims do not fall within § 2255's savings clause. Thus, we decline Porter's invitation to construe his claim under 28 U.S.C. § 2241 (1994). *See In re Jones,* 226 F.3d 328, 334–35 (4th Cir.2000) (providing standard for seeking relief under § 2241 based on the inadequacy of § 2255). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*